Commonwealth *v.* Heckathorn, Appellant.

Argued November 23, 1966. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Anthony Perfilio,* with him *William D. Irwin,* and *Irwin & Perfilio,* for appellant.

*Joseph J. Nelson,* Assistant District Attorney, with him *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

OPINION BY MR. JUSTICE EAGEN, January 4, 1967:

James Lyle Heckathorn, indicted for murder in Mercer County, appeals from an order in the court be-

low denying his motion for a change of venue. The order appealed from is interlocutory and not appealable. See, *Commonwealth v. Haushalter*, 423 Pa. 351, 223 A. 2d 726 (1966).

Appellant's position that an appeal from such an order is authorized by Pa. R. Crim. P. 313 is untenable. This specifically permits an appeal by the Commonwealth or the defendant from an order *changing* venue, but is silent as to an appeal from an order *refusing* a change of venue. An interlocutory order is not appealable unless *expressly* made so by statute or unless very special circumstances exist which are not present here. See, *Commonwealth v. Byrd*, 421 Pa. 513, 219 A. 2d 293 (1966).

Appeal quashed without prejudice.